AO 91 (Rev. 08/09) Criminal Complaint                                   AUSA Courtney L. Coker

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  15-167-FJL |
| OMAR OSVALDO VITE-MORALES, | ) | |
| a/k/a "Omar Osvaldo Vite," | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED BY __CGA__ Deputy Clerk
**Dec 23, 2015**
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Fort Pierce, FL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 4, 2015__ in the county of __St. Lucie__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, U.S.C., Section 1326(a) | Previously Removed Alien Found in the United States |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Damian Weston, Deportation Officer, Immigration & Customs Enforcement
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/23/15__

_____
*Judge's signature*

City and state: __Fort Pierce, Florida__    Frank J. Lynch, Jr., Chief U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT OF DAMIAN WESTON
IMMIGRATION CUSTOMS & ENFORCEMENT
DEPARTMENT OF HOMELAND SECURITY
ENFORCEMENT AND REMOVAL OPERATIONS

I, Damian Weston, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), and have been so employed for over five years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause.

3. On December 4, 2015, Omar Osvaldo VITE-MORALES, (also known as Omar Osvaldo VITE) was arrested on the state offense of leaving the scene of an accident and operating a motor vehicle without a valid driver's license, in St. Lucie County, Florida. On or about this same date, Omar Osvaldo VITE-MORALES, using the alias Omar Osvaldo VITE, was fingerprinted by the St. Lucie County Jail booking officials.

4. After his initial appearance for the above listed state charges, Omar Osvaldo VITE-MORALES was given a set bond on each particular charge, posted bond and was released from custody. Omar Osvaldo VITE-MORALES was scheduled to appear in state court at a later date.

5. On December 8, 2015, I was made aware that Omar Osvaldo VITE-MORALES had been arrested, in St. Lucie County, in the Southern District of Florida.

6. On December 10, 2015, I received the Immigration file bearing control number A XXX XXX 247, corresponding to Omar Osvaldo VITE-MORALES. The records within the Immigration file confirm that Omar Osvaldo VITE-MORALES is a native and citizen of Mexico. In addition, the records contained in the A-file show that on or about October 4, 2013, Omar Osvaldo VITE-MORALES was ordered removed from the United States. A Notice to Alien Ordered Removed/Departure Verification (Form I-296) was executed on October 7, 2013, and Omar Osvaldo VITE-MORALES was removed from the United States to Mexico. Prior to being removed, law enforcement obtained Omar Osvaldo VITE-MORALES's fingerprint on the Notice to Alien Ordered Removed/Departure Verification form.

7. A further review of the Immigration file shows that Omar Osvaldo VITE-MORALES has been removed from the United States on two (2) separate occasions: October 7, 2013 and September 26, 2014.

8. I received the Certificate of Nonexistence of Records pertaining to Omar Osvaldo VITE-MORALES under Alien File Number A XXX XXX 247. The Certificate of Nonexistence of Record confirms that, after a diligent search, no record was found to exist indicating that Omar Osvaldo VITE-MORALES had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security, for readmission into the United States, as required by law.

9. The fingerprints of Omar Osvaldo VITE-MORALES, using the alias Omar Osvaldo VITE, taken on or about December 4, 2015, by the St. Lucie County Jail booking officials, were compared to the following fingerprints by Richard Abbott, Certified Fingerprint Examiner, Senior Border Patrol Agent, United States Border Patrol, Riviera Beach, Florida:

2

- The fingerprint on the Warning to Alien Ordered Removed/Departure Verification (form I-296) executed on October 7, 2013;
- The fingerprint on the Warrant of Deportation (form I-205) executed on September 26, 2014.

After comparing these prints, he determined that the fingerprints on the documents belonged to the same person, Omar Osvaldo VITE-MORALES.

10. Based on the foregoing, I believe there exists sufficient probable cause to charge Omar Osvaldo VITE-MORALES with violating Title 8, United States Code, Section 1326(a).

Further, affiant sayeth naught.

_____
Damian Weston, Deportation Officer
Immigration and Customs Enforcement

Sworn and subscribed to before me this ꝏ3ꝏ day of December, 2015, in Fort Pierce, Florida.

_____
Frank J. Lynch, Jr.
Chief United States Magistrate Judge

3